# United States Court of Appeals
## For the First Circuit

No. 24-1355

BROC T. WALTERMEYER,

Plaintiff - Appellant,

v.

ROBERT HAZLEWOOD, Warden, FCI Berlin; DIANE L. KISLER, Physician, FCI Berlin,

Defendants - Appellees.

### ORDER OF COURT

Entered: July 18, 2024
Pursuant to 1st Cir. R. 27.0(d)

The brief and appendix filed by appellant Broc T. Waltermeyer on July 11, 2024, are not in compliance with the following Federal Rules of Appellate Procedure and Local Rules of this court:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b),** requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)). ***The caption on the appellant's brief and appendix does not match the caption used by this court.***

- **1st Cir. R. 25.0(b)(3), and 1st Cir. R. 28.0(b**), requiring that the entire brief, cover to cover including the addendum, be filed as a single electronic document. ***The appellant's brief and addendum must be filed as a single PDF document. The brief must not be scanned, and it must be formatted for electronic filing by converting the original word processing document into Portable Document Format ("PDF"). Unlike the brief, the addendum may be scanned and then combined with the native PDF brief to form a single electronic document.***

Appellant Broc T. Waltermeyer is ordered to file a conforming brief and appendix by **July 25, 2024**. The corrected brief and one copy of the corrected appendix must be served on all parties to the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Samuel Weiss
T. David Plourde
Michael T. McCormack
David M. Lieberman
Jaynie Randall Lilley
Sarah Carroll