# United States Court of Appeals
## For the First Circuit

No. 24-1355

BROC T. WALTERMEYER,

Plaintiff - Appellant,

v.

ROBERT HAZLEWOOD, Warden, FCI Berlin; DIANE L. KISLER, Physician, FCI Berlin,

Defendants - Appellees.

**ORDER OF COURT**

Entered: October 18, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellant Broc T. Waltermeyer is presently in default for failure to file an appendix and paper copies of the electronically filed brief.

It is ordered that if an appendix and paper copies of the electronically filed brief are not filed on or before **November 1, 2024**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Broc T. Waltermeyer
Samuel Weiss
T. David Plourde
Michael T. McCormack
David M. Lieberman
Jaynie Randall Lilley
Sarah Carroll