IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| BRANDON WALTERMEYER, | ) |
| Plaintiff-Appellant, | ) |
| v. | ) No. 24-1355 |
| ROBERT HAZLEWOOD; DIANE KISLER, | ) |
| Defendants-Appellees. | ) |

**MOTION FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX**

Defendants-appellees respectfully request leave to file a supplemental appendix. This appeal concerns plaintiff's suit against the defendants for money damages in their individual capacities under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Plaintiff alleges that the individual defendants should be liable in their individual capacities for alleged violations of the Eighth Amendment for what he asserts was inadequate medical care provided by the Bureau of Prisons. The supplemental appendix includes copies of the district court's decision denying plaintiff's request for a preliminary injunction as well as the report and recommendation and accompanying district court order screening plaintiff's claims pursuant to 28 U.S.C. § 1915A(a).

These documents are cited in our answering brief and are relevant to the issues on appeal. To ensure that the Court has ready access to these documents, we respectfully seek leave to file a supplemental appendix.

                                      Respectfully submitted,

                                      SARAH CARROLL
                                      /s/ *Jaynie Lilley*
                                      JAYNIE LILLEY
                                      (202) 514-3542
                                      Attorneys
                                      Civil Division, Appellate Staff
                                      U.S. Department of Justice
                                      950 Pennsylvania Avenue, NW
                                      Washington, DC  20530

OCTOBER 2024

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in 14-point Garamond, a proportionally spaced font. I further certify that this motion complies with the word limitations of Fed. R. App. P. 27(d)(2)(A) because it is 148 words by the count of Microsoft Word 2016.

*/s/ Jaynie Lilley*
Jaynie Lilley