# United States Court of Appeals
## For the First Circuit

_____

No. 24-1355

BROC T. WALTERMEYER,

Plaintiff, Appellant,

v.

ROBERT HAZLEWOOD, Warden, FCI Berlin; DIANE L. KISLER, Physician, FCI Berlin,

Defendants, Appellees.

_____

Before

Barron, Chief Judge,
Breyer,* Associate Justice,
Lynch, Gelpí, Montecalvo, Rikelman, Aframe,** Circuit Judges.

_____

**ORDER OF COURT**

Entered: July 22, 2025

    The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be denied.

                  By the Court:

                  Anastasia Dubrovsky, Clerk

_____

* Hon. Stephen G. Breyer, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.

** Judge Aframe is recused and did not participate in the consideration of this matter.

cc:
Broc T. Waltermeyer, Samuel Weiss, T. David Plourde, Michael T. McCormack, David M. Lieberman, Jaynie Randall Lilley, Brian Boynton